# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE: Teofila Chavez )   Case No.  11 B 24682
  )   Judge  Eugene R. Wedoff
  Debtor(s). )

## Order Confirming Plan

The plan under Chapter 13 of the Bankruptcy Code, filed by the debtor(s) on June 11, 2011, (as modified by the amendment filed on __10/26/11__) having been found by the court to comply with the provisions of 11 USC §1325, THE PLAN IS HEREBY CONFIRMED.

All property of the estate, as specified by 11 U.S.C §§541 and 1306, will continue to be property of the estate following confirmation, unless (1) the plan provides for surrender of the property, or (2) the property is sold pursuant to the plan or court order.

ENTER:

_____
Judge

Dated:  27 OCT 2011

Office of the Chapter 13 Trustee
Suite 800
224 South Michigan Avenue
Chicago, IL  60604-2500
(312) 431-1300

Form Order No. 24